February 19, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

THE ESTATE OF MARGARET E. KLOVENSKI, JAKE KLOVENSKI, AND
MARY HASSLER, INDIVIDUALLY AND AS NEXT FRIENDS, Appellants

NO. 14-13-00850-CV                                    V.

DR. ASHISH KAPOOR, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, Dr. Ashish Kapoor, signed June 19, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We order appellants, the Estate of Margaret E. Klovenski, Jake Klovenski, and Mary Hassler, individually and as next friends, jointly and severally, to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.